IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50113
Summary Calendar
_____

GREGORY DOUGLAS JOHNSON,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CV-137
- - - - - - - - - -
September 13, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:*

     Gregory Douglas Johnson (#652074) appeals from the district
court's dismissal of his petition for writ of habeas corpus, 28
U.S.C. § 2254.  He argues that the State withheld favorable,
material evidence in violation of Brady v. Maryland, 373 U.S. 83
(1963), the state trial court erred in denying his motion for new
trial on that basis, and that the evidence was insufficient.

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

We have reviewed the arguments and the record and perceive no reversible error.  We affirm the district court's dismissal of Johnson's petition.

AFFIRMED.